Mitchell A. JACKSON et ux.

v.

FINANCEAMERICA CREDIT
CORPORATION et al.

No. C–6874.

Supreme Court of Texas.

Jan. 6, 1988.

Joint motion of the parties filed herein on December 30, 1987 in this cause having been duly considered it is ordered that the joint motion be and hereby is granted.

The order of this court of December 16, 1987 granting petitioner's application for writ of error is withdrawn and the application for writ of error is dismissed pursuant to the settlement agreement of the parties.

TEXACO, INC.

v.

TEXAS EMPLOYMENT
COMMISSION et al.

No. C–5977.

Supreme Court of Texas.

Jan. 6, 1988.

Petitioner's motion to dismiss, filed in this cause on December 17, 1987, having been duly considered, it is ordered that the motion be, and hereby is, granted.

The application for writ of error having previously been granted on May 13, 1987,

the judgments of the courts below are set aside and the cause is remanded to the trial court for entry of judgment in accordance with the settlement agreement of the parties.

Dale Ann WALKER

v.

COMDATA NETWORK, INC.

No. C–6532.

Supreme Court of Texas.

Jan. 6, 1988.

Joint motion of the parties filed on December 15, 1987 in this cause having been considered, it is ordered that the joint motion be, and hereby is, granted.

The application for writ of error having been previously granted by this court on September 16, 1987, the cause is *dismissed* as moot pursuant to Rule 133(c), TEX.R. APP.P. without reference to the merits of the appeal.